IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES DOBBINS,<br><br>      Petitioner,<br><br>v.<br><br>FIRST JUDICIAL ATTORNEY, et al.,<br><br>      Respondents. | CIVIL ACTION<br>NO. 18-151 |

## ORDER

**AND NOW**, this 3rd day of April 2018, upon consideration of the Petition for Habeas Corpus Pursuant to Title 28 Section 2241 (Doc. No. 1), Petitioner's Revised Petition for Habeas Corpus (Doc. No. 3), the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 5), and that no objection has been made to the Report and Recommendation by the parties, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 5) is **APPROVED** and **ADOPTED**.

2. The Petition for Habeas Corpus (Doc. No. 1) and the Revised Petition for Habeas Corpus (Doc. No. 3) are **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

3. A Certificate of Appealability **SHALL NOT** issue because, based on the analysis contained in the Magistrate Judge's Report and Recommendation, as approved and adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the Habeas Petition. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473 (2000).

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.